Case 1:23-cv-00684-MPB-MJD   Document 1   Filed 04/19/23   Page 1 of 6 PageID #: 1

D-9 (rev. 07/09/14)

FILED
4/19/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| Court: | District: |
|---|---|
| United States District Court | Southern District of Indiana |
| Name: FLOYD M MASON JR | Docket or Case No.: 1:23-cv-00684-MPB-MJD |
| Place of Confinement: Pendleton Correctional Facility | Prisoner ID No.: 915179 |
| Name of Petitioner: Floyd M mason JR | Name of Respondent (Superintendent having custody of petitioner): Reagle Warden |
| v. | |
| The Attorney General of the State of: Indiana | |

## PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Disciplinary Hearing Board (DHB), Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001.

2. Date of judgment of conviction: on or about 8-20-21

3. Sanction(s) imposed: 2½  1½  1½ all ran wild,

4. Nature of all infractions (rule violations) involved: I have been into trouble for spiting on chow-mos and having knifes found in my cell. I am appealing cases thru D.H.B

5. What was your plea? (Check one)
   (a) Not Guilty ☐    (c) Nolo contendre ☐
   (b) Guilty ☑

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)
   (a) Hearing Officer ☐
   (b) Full Hearing ☑
   (c) Other Specify ☑ I am fighting more write up for dumb rule cases right now. I am in the hole, thats how I got beat up off video. The hole has blind spots all over. I got broken bones and all. Went to hospital on 1-31-23

~2~

7. Did you testify at the disciplinary hearing?  ☑ Yes   ☐ No

8. Did you appeal the decision of guilt and imposition of sanctions?  ☑ Yes   ☐ No

9. If you did appeal, answer the following:

    (a) Name and title of institutional reviewing authority: officer miller, DHB
    (b) Result of appeal: I am working on them now So, on or about 2-20-2023
    (c) Date of result: NoT SuRe Yet, Waiting on PHB
    (d) Grounds raised: They say lost all video, on them day's of trouble. This place do all kinds of bull crap to us inmates, please look into

    (e) If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

        (i) Name and title of higher reviewing authority: Waiting to file down town to Indinaplas
        (ii) Result of higher appeal: _____
        (iii) Date of result: _____
        (iv) Grounds raised: Hope my write up get over turn, they write me up on every little thing. But they will never bring me down plople.

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal?   ☐ Yes   ☑ No

11. If your answer to Question 10 was "Yes," please give the following information:

    (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____
    _____
    _____

    (4) Did you receive an evidentiary hearing on your petition, motion or application?
        ☐ Yes   ☑ No

    (5) Result: _____

(6) Date of result:_____

(7) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application?   ☐ Yes   ☒ No

(8) If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not: The only thing I have done is, ask I.A. why they have not talk to me, on me getting hurt really bad & I did write for all video of C/Os coming out of my room & all shots of my day of nere death.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A. Ground One: To this date right now is 2-17-2023 I want to no why, I got beat down so so bad, I couldn't hardley walk out of my cell on 1-31-2023 at between 2PM to 6PM. I was beat to A bloody mess, pictures will slow A blood bath.

Supporting FACTS (state *briefly* without citing cases or law): I do like life in this crazy world of light, I am a drug user and like to play hard and fast. I don't mind a good fight, so I am 54 years old. Its the first time in my life to get beat that bad!! But it was done buy 5 or more C/Os. I got tazed buy one lady 8 or more times. Now I was trying to hang myself that day!! I was sick of being in A cell no clothe no matt. Sleeping on cold steel. not A nice 4 day life at this place. But ALL naked gets OLD, Just saying me, max

~4~

Mason, please just look into this place, & have tryed to talk to I/I or I/A. no one cares about this I guess, & did hear, the stuff is under review, whatever that means? I am send A 3 page letter, saying what took place, plus some of the C/Os names. Thanks me, #915179

B. Ground Two: Really wondering why the c/os who beat and tazed me are still around me, & want to lash out at them but affraid of A blood real bath and it will not be mine this time.

Supporting FACTS (state *briefly* without citing cases or law): & just want to do my time in peace, go home to my kids & Grandbabies. Yes I am silly & love to play with my grand-children, & am not affraid to die at all but & have alot of life yet. I am here because & beat chow moes up, and I don't care who gets in my way. They hurt our women and children, so their souls might belong to Jesses but there Asses belong to us real inmates behind our walls we rock.

I did do A Grievance this week, have not heard back yet. Sorry if my words are hard to read & understand, I tryed my best to write out, my day of hate in D.O.C. Thanks for your busy time.
Floyd M Mason JR # 915179

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

☐ Yes   ☑ No

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing: So called LAY AFIL, NOT WORTH NOTHING. None
b. Institutional level appeal: N/A Waiting
c. Higher level appeal: Waiting if need to AppeAl down State.

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

Floyd M Mason JR
(signature)

FLAYD M MASON JR
(name, printed)
Petitioner / *Pro se*

## AFFIRMATION

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury that the foregoing representations are true and correct to the best of my personal knowledge and belief; and, that this Petition for Writ of Habeas Corpus was placed in the mailing system on the below executed date.

Executed on this 20 day of Feb, 2023

Floyd m mason JR
(signature)

FLOYD MAX MASON JR
(name, printed)
Petitioner / *Pro se*

IDOC # 915179
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001