UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FLOYD M MASON JR, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-cv-00684-MPB-MJD |
| WARDON, | ) ) ) |
| Respondent. | ) |

# **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **dismissed without prejudice**.

Date: June 26, 2023

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

FLOYD M MASON JR
915179
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064